# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0115
_____

JIMMY RAY BARNETT a/k/a
JOHNNY RAY FAULK,

Appellant,

v.

WARDEN B.V. REDDISH,

Appellee.

_____

On appeal from the Circuit Court for Union County.
Robert K. Groeb, Judge.

August 5, 2026

PER CURIAM.

AFFIRMED.

KELSEY, NORDBY, and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jimmy Ray Barnett a/k/a Johnny Ray Faulk, pro se, Appellant.

James Uthmeier, Attorney General, and Sheron L. Wells, Assistant Attorney General, Tallahassee, for Appellee.